IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHERYL MONTESI, et al. | ) | CASE NO: 3:25-CV-209 |
| | ) | |
| Plaintiffs, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE PETER B. |
| | ) | SILVAIN, JR. |
| ALDINGER COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Before the Court is the Parties' Joint Motion to Remand ("Motion"). (Doc. No. 12.) The Motion (Doc. No. 12) is **GRANTED**. Pursuant to 28 U.S.C. § 1447(c), this case is hereby **REMANDED** to the civil docket of the Montgomery County Court of Common Pleas in Montgomery County, Ohio, where it was originally filed.

It is further **ORDERED** that each party will bear its own costs.

This case is further hereby **ORDERED TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: July 15, 2025

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE